## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| JEREMIE HART, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO.  3:16cv02947 |
| DAVID SPENCE and XPO LOGISTICS, | § | |
| INC. d/b/a CON-WAY TRUCKLOAD, | § | |
| Defendants. | § | |

### INDEX OF DOCUMENTS

COMES NOW, **XPO LOGISTICS TRUCKLOAD, INC.,** (hereinafter referred to as "Defendant"), Defendant in the above-entitled and numbered civil action, and submits this its Index of Documents filed in the State Court Action, pursuant to the Federal Rules of Civil Procedure, and which are attached to Defendant's *Notice of Removal*:

| | **Document** | **Date** |
|---|---|---|
| 1. | Civil Case Information Sheet | 09/14/2016 |
| 2. | Plaintiff's Original Petition | 09/14/2016 |
| 3. | Plaintiff's Jury Demand | 09/14/2016 |
| 4. | Notice of Dismissal for Want of Prosecution Hearing | 10/07/16 |
| 5. | Defendant XPO Logistics Truckload's Original Answer | 10/20/2016 |
| 6. | Defendant David Spence's Original Answer | 10/20/2016 |
| 7. | Defendant's Jury Demand | 10/20/2016 |
| 8. | Defendant's Notice of Removal | 10/20/2016 |
| 9. | State Court Docket Sheet | 10/20/2016 |



EXHIBIT
A

Respectfully submitted,

*/s/ D. Randall Montgomery*
**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**ASHLEY A. SMITH**
State Bar No. 24049385
*asmith@drmlawyers.com*
**D. RANDALL MONTGOMERY**
  **& ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
(214) 292-2600
(469) 568-9323 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**XPO LOGISTICS TRUCKLOAD, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Federal Rules of Civil Procedure on this the ___20^th___ day of October, 2016.

**CMRRR 9214 7969 0099 9790 1610 7780 37**
J. Martin Futrell
Eberstein & Witherite, LLP
10440 N. Central Expressway
Suite 400
Dallas, Texas 75213

*/s/ D. Randall Montgomery*
**D. RANDALL MONTGOMERY**

FILED
DALLAS COUNTY
9/14/2016 6:19:15 PM
FELICIA PITRE
DISTRICT CLERK
Tonya Pointer

## CIVIL CASE INFORMATION SHEET

| | | |
|---|---|---|
| CAUSE NUMBER *(FOR CLERK USE ONLY)*: DC-16-11836 | | COURT *(FOR CLERK USE ONLY)*: _____ |

STYLED JEREMIE HART V. DAVID SPENCE, ET. AL.

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|
| Name: J. Martin Futrell | Email: martin.futrell@ewlawyers.com | Plaintiff(s)/Petitioner(s): JEREMIE HART | ☑ Attorney for Plaintiff/Petitioner<br>☐ *Pro Se* Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: |
| Address: 10440 N. Central Expy, Suite 400 | Telephone: 214-378-6665 | | Additional Parties in Child Support Case: |
| City/State/Zip: Dallas, TX 75231 | Fax: 214-378-6670 | Defendant(s)/Respondent(s): DAVID SPENCE XPO LOGISTICS TRUCKLOAD, INC. D/B/A CON-WAY TRUCKLOAD | Custodial Parent: _____ |
| Signature: */s/ J. Martin Futrell* | State Bar No: 24085777 | | Non-Custodial Parent: _____ |
| | | [Attach additional page as necessary to list all parties] | Presumed Father: _____ |

**2. Indicate case type, or identify the most important issue in the case *(select only 1)*:**

| Civil | | | | Family Law |
|---|---|---|---|---|
| | | | | **Post-judgment Actions (non-Title IV-D)** |
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | ☐ Enforcement |
| *Debt/Contract* | ☐ Assault/Battery | ☐ Eminent Domain/ Condemnation | ☐ Annulment | ☐ Modification—Custody |
| ☐ Consumer/DTPA | ☐ Construction | ☐ Partition | ☐ Declare Marriage Void | ☐ Modification—Other |
| ☐ Debt/Contract | ☐ Defamation | ☐ Quiet Title | *Divorce* | **Title IV-D** |
| ☐ Fraud/Misrepresentation | *Malpractice* | ☐ Trespass to Try Title | ☐ With Children | ☐ Enforcement/Modification |
| ☐ Other Debt/Contract: | ☐ Accounting | ☐ Other Property: | ☐ No Children | ☐ Paternity |
| | ☐ Legal | | | ☐ Reciprocals (UIFSA) |
| *Foreclosure* | ☐ Medical | | | ☐ Support Order |
| ☐ Home Equity—Expedited | ☐ Other Professional Liability: | **Related to Criminal Matters** | | |
| ☐ Other Foreclosure | | ☐ Expunction | **Other Family Law** | **Parent-Child Relationship** |
| ☐ Franchise | ☑ Motor Vehicle Accident | ☐ Judgment Nisi | ☐ Enforce Foreign Judgment | ☐ Adoption/Adoption with Termination |
| ☐ Insurance | ☐ Premises | ☐ Non-Disclosure | ☐ Habeas Corpus | ☐ Child Protection |
| ☐ Landlord/Tenant | *Product Liability* | ☐ Seizure/Forfeiture | ☐ Name Change | ☐ Child Support |
| ☐ Non-Competition | ☐ Asbestos/Silica | ☐ Writ of Habeas Corpus— Pre-indictment | ☐ Protective Order | ☐ Custody or Visitation |
| ☐ Partnership | ☐ Other Product Liability List Product: | ☐ Other: | ☐ Removal of Disabilities of Minority | ☐ Gestational Parenting |
| ☐ Other Contract: | | | ☐ Other: | ☐ Grandparent Access |
| | ☐ Other Injury or Damage: | | | ☐ Parentage/Paternity |
| | | | | ☐ Termination of Parental Rights |
| **Employment** | | **Other Civil** | | ☐ Other Parent-Child: |
| ☐ Discrimination | ☐ Administrative Appeal | ☐ Lawyer Discipline | | |
| ☐ Retaliation | ☐ Antitrust/Unfair Competition | ☐ Perpetuate Testimony | | |
| ☐ Termination | ☐ Code Violations | ☐ Securities/Stock | | |
| ☐ Workers' Compensation | ☐ Foreign Judgment | ☐ Tortious Interference | | |
| ☐ Other Employment: | ☐ Intellectual Property | ☐ Other: | | |

| **Tax** | **Probate & Mental Health** | |
|---|---|---|
| ☐ Tax Appraisal | *Probate/Wills/Intestate Administration* | ☐ Guardianship—Adult |
| ☐ Tax Delinquency | ☐ Dependent Administration | ☐ Guardianship—Minor |
| ☐ Other Tax | ☐ Independent Administration | ☐ Mental Health |
| | ☐ Other Estate Proceedings | ☐ Other: _____ |

**3. Indicate procedure or remedy, if applicable *(may select more than 1)*:**

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court | ☐ Declaratory Judgment | ☐ Prejudgment Remedy |
| ☐ Arbitration-related | ☐ Garnishment | ☐ Protective Order |
| ☐ Attachment | ☐ Interpleader | ☐ Receiver |
| ☐ Bill of Review | ☐ License | ☐ Sequestration |
| ☐ Certiorari | ☐ Mandamus | ☐ Temporary Restraining Order/Injunction |
| ☐ Class Action | ☐ Post-judgment | ☐ Turnover |

**4. Indicate damages sought *(do not select if it is a family law case)*:**

☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐ Less than $100,000 and non-monetary relief
☑ Over $100, but not more than $200,000
☐ Over $200,000 but not more than $1,000,000
☐ Over $1,000,000

Rev 2/13

FILED
DALLAS COUNTY
9/14/2016 6:19:15 PM
FELICIA PITRE
DISTRICT CLERK

Tonya Pointer

CAUSE NO. DC-16-11836

| | | |
|---|---|---|
| JEREMIE HART; | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| VS. | § | DALLAS COUNTY, TEXAS |
| | § | |
| DAVID SPENCE; XPO LOGISTICS | § | |
| TRUCKLOAD, INC. D/B/A CON-WAY | § | |
| TRUCKLOAD; | § | |
| | § | |
| | § | |
| **Defendants.** | § | _____ JUDICIAL DISTRICT |

### PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE, FIRST SET OF INTERROGATORIES, FIRST REQUEST FOR ADMISSIONS, FIRST REQUEST FOR PRODUCTION AND REQUEST FOR PRIVILEGE LOG TO DEFENDANTS

Plaintiff Jeremie Hart files Plaintiff's Original Petition complaining of

Defendants David Spence and XPO Logistics Truckload, Inc. d/b/a Con-Way

Truckload

### I. DISCOVERY CONTROL PLAN

Discovery is intended to be conducted under Level 3 pursuant to Rule 190

of the TEXAS RULES OF CIVIL PROCEDURE.

### II. RULE 47 PLEADING REQUIREMENTS

As required by Rule 47(b), Texas Rules of Civil Procedure, Plaintiff's

counsel states that the damages sought are in an amount within the

jurisdictional limits of this Court.  As required by Rule 47(c), Texas Rules of Civil

Procedure, Plaintiff's counsel states that Plaintiff seeks monetary relief of over

$100,000 but not more than $200,000.  The amount of monetary relief actually

awarded, however, will ultimately be determined by a jury.  Plaintiff also seeks

pre-judgment and post-judgment interest at the highest legal rate.

## III.  PARTIES

Plaintiff Jeremie Hart is an individual resident of Dallas, Dallas County,

Texas. His social security number is ***-**-*182.

Defendant David Spence is an individual resident of Fresno, Fresno

County, California and may be served with process at 7244 W. Celeste Ave.,

Fresno, CA 93723.

Defendant XPO Logistics Truckload, Inc. d/b/a Con-Way Truckload is a

corporation doing business in Texas and may be served with process by serving

its registered agent Corporation Service Company at 211 E. 7th Street, #620,

Austin, Texas 78701.

## IV.  JURISDICTION AND VENUE

The Court has jurisdiction over the controversy because the damages are

within the jurisdictional limits of this Honorable Court.

This Court has venue over the parties to this action since the incident

complained of herein occurred in Dallas County, Texas. Venue therefore is

proper in Dallas County, Texas pursuant to the TEXAS CIVIL PRACTICE & REMEDIES

CODE §15.002.

## V.  FACTS

This lawsuit arises out of a motor vehicle collision that occurred on Friday,

October 23, 2015 on IH-75 southbound near IH-30 east exit within the city limits

of Dallas, Dallas County, Texas.  Plaintiff Jeremie Hart was a passenger in a

vehicle operated by Jeremy Tannenbaum traveling southbound on IH 75.

Defendant David Spence was operating his 18-wheeler, owned by Defendant

XPO Logistics Truckload, Inc. d/b/a Con-Way Truckload, behind Plaintiff's vehicle

in the same lane and headed in the same direction. Defendant David Spence

failed to control his speed, failed to slow and/or stop, and collided hard with the

back of Jeremy Tannenbaum's vehicle.  As a result of the collision, Plaintiff was

injured and continues to suffer injuries and damages from this incident.

## VI.  CAUSES OF ACTION

### A.    NEGLIGENCE – DEFENDANT DAVID SPENCE

At the time of the motor vehicle collision, Defendant David Spence was

operating his 18-wheeler negligently. Specifically, Defendant had a duty to

exercise ordinary care and operate his 18-wheeler reasonably and prudently.

Defendant breached that duty in one or more of the following respects:

1.  Defendant failed to keep such proper lookout and attention to the roadway as a person or ordinary prudence would have kept under the same or similar circumstances;

2.  Defendant failed to keep an assured safe distance from Plaintiff's vehicle;

3.  Defendant failed to timely apply the brakes of his 18-wheeler in order to avoid the collision in question;

4.  Defendant failed to control his speed;

5.  Defendant failed to safely operate his tractor-trailer.

Each of the above and foregoing acts and omissions, singularly or in

combination, constituted the negligence that was the proximate cause of the

motor vehicle collision and consequently the injuries and damages of Plaintiff.

B.   **NEGLIGENT ENTRUSTMENT – DEFENDANT XPO LOGISTICS TRUCKLOAD, INC. D/B/A CON-WAY TRUCKLOAD**

As an additional cause of action, Plaintiff would show that at the time and on the occasion in question, Defendant XPO Logistics Truckload, Inc. d/b/a Con-Way Truckload was the owner of the vehicle driven by Defendant David Spence. Defendant XPO Logistics Truckload, Inc. d/b/a Con-Way Truckload. entrusted the vehicle to Defendant David Spence. Defendant David Spence was unlicensed, incompetent, and/or reckless and Defendant XPO Logistics Truckload, Inc. d/b/a Con-Way Truckload knew or should have known that Defendant David Spence was unlicensed, incompetent, and/or reckless. Defendant David Spence's negligence on the occasion in question proximately caused the collision.

C.   **RESPONDEAT SUPERIOR – DEFENDANT XPO LOGISTICS TRUCKLOAD, INC. D/B/A CON-WAY TRUCKLOAD**

Additionally, Plaintiff would show that at the time and on the occasion complained of, Defendant David Spence was in the course and scope of his employment with Defendant XPO Logistics Truckload, Inc. d/b/a Con-Way Truckload thereby making Defendant XPO Logistics Truckload, Inc. d/b/a Con-Way Truckload liable under the doctrine of *Respondeat Superior*.

**D.    NEGLIGENCE – DEFENDANT XPO LOGISTICS TRUCKLOAD, INC.**

**D/B/A CON-WAY TRUCKLOAD**

Defendant XPO Logistics Truckload, Inc. d/b/a Con-Way Truckload failed to properly train and/or supervise Defendant David Spence in order to prevent such accident.

Each of the above and foregoing acts and omissions, singularly or in combination, constituted the negligence that was the proximate cause of the motor vehicle collision and consequently the injuries and damages of Plaintiff.

## VII.  DAMAGES

As a proximate result of Defendants' negligence, Plaintiff suffered extensive injuries and damages. As a result of Plaintiff's injuries, Plaintiff suffered the following damages:

    a.    Medical expenses in the past and future;

    b.    Lost wages in the past and loss of earning capacity in the future;

    c.    Physical pain and suffering in the past and future;

    d.    Mental anguish in the past and future; and

    e.    Physical impairment in the past and future.

## VIII.  REQUEST FOR DISCLOSURE

Pursuant to Rule 194 of the TEXAS RULES OF CIVIL PROCEDURE Defendants are requested to disclose, within fifty (50) days of service of this request, the information or material described in Rule 194.2 (a)-(l).

## IX.  DISCOVERY DOCUMENTS

Contemporaneously with this petition, Plaintiff serves to Defendants Plaintiff's First Set of Interrogatories, First Request for Admissions, First Request for Production and Request for Privilege Log to Defendants.

## X.  INTENT TO USE DEFENDANTS' DOCUMENTS

Plaintiff hereby gives notice of intent to utilize items produced in discovery against the party producing same.  The authenticity of such items is self-proven per TRCP 193.7.

## XI.  JURY TRIAL

Plaintiff demands a trial by jury and includes the appropriate jury fees.

## XII.  U.S. LIFE TABLES

Notice is hereby given to the Defendants that Plaintiff intends to use the U.S. Life Tables as prepared by the Department of Health and Human Services.

## XIII.  RELIEF

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that Defendants be cited to appear and answer herein, and that upon final hearing thereof, Plaintiff recover judgment against Defendants for:

1.  Plaintiff's past medical expenses, which are reasonable and customary for the medical care received by Plaintiff;

2.  Plaintiff's future medical expenses;

3.  Plaintiff's lost wages in the past and loss of earning capacity in the future;

4.  Plaintiff's physical pain and suffering in the past and future in an amount to be determined by the jury;

5.      Plaintiff's mental anguish in the past and future in an amount to be
        determined by the jury;

6.      Plaintiff's physical impairment in the past and future in an amount to
        be determined by the jury;

7.      Interest on the judgment at the legal rate from the date of judgment;

8.      Pre-judgment interest on Plaintiff's damages as allowed by law;

9.      All costs of court; and

10.     Such other and further relief to which Plaintiff may be justly entitled.

                        Respectfully submitted,

                        **EBERSTEIN & WITHERITE, LLP**


                BY: *Isl J. Martin Futrell*
                    **J. MARTIN FUTRELL**
                    State Bar No. 24085777
                    martin.futrell@ewlawyers.com
                    **AMY K. WITHERITE**
                    State Bar No. 00788698
                    amy.witherite@ewlawyers.com
                    10440 N. Central Expressway
                    Suite 400
                    Dallas, TX 75231-2228
                    214/378-6665
                    214/378-6670 (fax)

                    **ATTORNEYS FOR PLAINTIFF**

FILED
DALLAS COUNTY
9/14/2016 6:19:15 PM
FELICIA PITRE
DISTRICT CLERK

TONYA POINTER



FELICIA PITRE
DALLAS COUNTY DISTRICT CLERK

NINA MOUNTIQUE
CHIEF DEPUTY

## CAUSE NO. DC-16-11836

JEREMIE HART

vs.

DAVID SPENCE, et al

101st District Court

## <u>ENTER DEMAND FOR JURY</u>

PAID BY:PLAINTIFF

FEE PAID: $40.00

600 COMMERCE STREET DALLAS, TEXAS  75202 (214) 653-7261
FAX (214)653-7781 E-mail: Felicia.Pitre@dallascounty.org
Web site: http://www.dallascounty.org/distclerk/index.html



101st District Court
GEORGE L. ALLEN, SR. COURTS BUILDING
600 COMMERCE STREET
DALLAS, TEXAS  75202-4604
October 07, 2016

J MARTIN FUTRELL
10440 N CENTRAL EXPRESSWAY
SUITE 400
DALLAS TX  75231

      Re:    JEREMIE HART  vs.  DAVID SPENCE, et al
              DC-16-11836

All Counsel of Record/Pro Se Litigants:

This letter is to advise you that this matter is set for a DISMISSAL FOR WANT OF
PROSECUTION hearing on **November 17, 2016** at **9:00 AM** in this Court.


Sincerely,

STACI WILLIAMS
Presiding Judge


SW/ls
pc:  J MARTIN FUTRELL

FILED
DALLAS COUNTY
10/20/2016 10:26:59 AM
FELICIA PITRE
DISTRICT CLERK

## CAUSE NO. DC-16-11836

| | | |
|---|---|---|
| **JEREMIE HART,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **DALLAS COUNTY, TEXAS** |
| **DAVID SPENCE and XPO LOGISTICS,** | § | |
| **INC. d/b/a CON-WAY TRUCKLOAD,** | § | |
| **Defendants.** | § | **101ST JUDICIAL DISTRICT** |

## ORIGINAL ANSWER OF DEFENDANT XPO LOGISTICS TRUCKLOAD, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **XPO LOGISTICS TRUCKLOAD, INC.** (hereinafter "Defendant"), Defendant in the above-entitled and numbered cause, and makes and files this its Original Answer, showing unto the Court as follows:

### GENERAL DENIAL

Subject to such stipulations and admissions as may be made hereafter, this Defendant hereby enters a general denial as permitted by Rule 92 of the Texas Rules of Civil Procedure, and requests that Plaintiff be required to prove by a preponderance of the evidence the charges and allegations which he has made against this Defendant and to do so before a jury composed of twelve (12) citizens of this County as is required by the laws and Constitution of the State of Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that judgment be rendered, that Plaintiff takes nothing by this suit and that Defendant be permitted to go hence without delay and recover its costs in its behalf expended, and for such other and further relief, general and specific, legal and equitable, to which Defendant may be justly entitled.

Respectfully submitted,


*/s/ D. Randall Montgomery*
_____

**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**ASHLEY A. SMITH**
State Bar No. 24049385
*asmith@drmlawyers.com*
**D. RANDALL MONTGOMERY**
   **& ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas  75251
(214) 292-2600
(469) 568-9323 (Facsimile)

**ATTORNEYS FOR DEFENDANT XPO
LOGISTICS TRUCKLOAD, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Texas Rules of Civil Procedure on this the ___20th___ day of October, 2016.

**CMRRR 9214 7969 0099 9790 1610 7780 37**
J. Martin Futrell
Eberstein & Witherite, LLP
10440 N. Central Expressway
Suite 400
Dallas, TX 75213


*/s/ D. Randall Montgomery*
_____

**D. RANDALL MONTGOMERY**

FILED
DALLAS COUNTY
10/20/2016 10:26:59 AM
FELICIA PITRE
DISTRICT CLERK

**CAUSE NO. DC-16-11836**

| | | |
|---|---|---|
| **JEREMIE HART,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **DALLAS COUNTY, TEXAS** |
| **DAVID SPENCE and XPO LOGISTICS,** | § | |
| **INC. d/b/a CON-WAY TRUCKLOAD,** | § | |
| **Defendants.** | § | **101ST JUDICIAL DISTRICT** |

## ORIGINAL ANSWER OF DEFENDANT DAVID SPENCE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **DAVID SPENCE** (hereinafter "Defendant"), Defendant in the above-entitled and numbered cause, and makes and files this his Original Answer, showing unto the Court as follows:

### GENERAL DENIAL

Subject to such stipulations and admissions as may be made hereafter, this Defendant hereby enters a general denial as permitted by Rule 92 of the Texas Rules of Civil Procedure, and requests that Plaintiff be required to prove by a preponderance of the evidence the charges and allegations which he has made against this Defendant and to do so before a jury composed of twelve (12) citizens of this County as is required by the laws and Constitution of the State of Texas.

WHEREFORE, PREMISES CONSIDERED, Defendant prays that judgment be rendered, that Plaintiff takes nothing by this suit and that Defendant be permitted to go hence without delay and recover his costs in his behalf expended, and for such other and further relief, general and specific, legal and equitable, to which Defendant may be justly entitled.

Respectfully submitted,

*/s/ D. Randall Montgomery*

_____

**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**ASHLEY A. SMITH**
State Bar No. 24049385
*asmith@drmlawyers.com*
**D. RANDALL MONTGOMERY**
 **& ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
(214) 292-2600
(469) 568-9323 (Facsimile)

**ATTORNEYS FOR DEFENDANT
DAVID SPENCE**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Texas Rules of Civil Procedure on this the __20th__ day of October, 2016.

**CMRRR 9214 7969 0099 9790 1610 7780 37**
J. Martin Futrell
Eberstein & Witherite, LLP
10440 N. Central Expressway
Suite 400
Dallas, TX 75213

*/s/ D. Randall Montgomery*

_____

**D. RANDALL MONTGOMERY**

FILED
DALLAS COUNTY
10/20/2016 10:26:59 AM
FELICIA PITRE
DISTRICT CLERK

CAUSE NO. DC-16-11836

| | | |
|---|---|---|
| **JEREMIE HART,** | § | **IN THE DISTRICT COURT OF** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **DALLAS COUNTY, TEXAS** |
| **DAVID SPENCE and XPO LOGISTICS,** | § | |
| **INC. d/b/a CON-WAY TRUCKLOAD,** | § | |
| **Defendants.** | § | **101ST JUDICIAL DISTRICT** |

## DEFENDANT'S JURY DEMAND

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **XPO LOGISTICS TRUCKLOAD, INC.** (hereinafter "Defendant"),

and demands a jury trial of all issues of fact in this lawsuit.

The filing of this Jury Demand, however, is not a request that the matter be set for trial at

this time or that the matter be placed on the Court's docket at this time.

Respectfully submitted,


*/s/ D. Randall Montgomery*

**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**ASHLEY A. SMITH**
State Bar No. 24049385
*asmith@drmlawyers.com*
**D. RANDALL MONTGOMERY**
**& ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
(214) 292-2600
(469) 568-9323 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**XPO LOGISTICS TRUCKLOAD, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Texas Rules of Civil Procedure on this the __20th__ day of October, 2016.

**CMRRR 9214 7969 0099 9790 1610 7780 37**
J. Martin Futrell
Eberstein & Witherite, LLP
10440 N. Central Expressway
Suite 400
Dallas, Texas 75213

*/s/ D. Randall Montgomery*
**D. RANDALL MONTGOMERY**

**DEFENDANT'S JURY DEMAND** - Page 2

CAUSE NO. DC-16-11836

| | |
|---|---|
| JEREMIE HART,<br>      **Plaintiff,** | § IN THE DISTRICT COURT OF<br>§<br>§ |
| v. | §<br>§ DALLAS COUNTY, TEXAS |
| DAVID SPENCE and XPO LOGISTICS,<br>INC. d/b/a CON-WAY TRUCKLOAD,<br>      **Defendants.** | §<br>§<br>§ 101ST JUDICIAL DISTRICT |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Please take notice that on October 20, 2016, Defendant XPO Logisitcs Truckload, Inc.

filed a Notice of Removal of the above-captioned action with the United States District Court for

the Northern District of Texas, Dallas Division, a copy of which is attached hereto.

Respectfully submitted,


*/s/ D. Randall Montgomery*
**D. RANDALL MONTGOMERY**
State Bar No. 14289700
*Rmontgomery@drmlawyers.com*
**ASHLEY A. SMITH**
State Bar No. 24049385
*asmith@drmlawyers.com*
**D. RANDALL MONTGOMERY**
  **& ASSOCIATES, P.L.L.C.**
12400 Coit Road, Suite 560
Dallas, Texas 75251
(214) 292-2600
(469) 568-9323 (Facsimile)

**ATTORNEYS FOR DEFENDANT**
**XPO LOGISTICS TRUCKLOAD, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served upon all attorneys of record in accordance with the Texas Rules of Civil Procedure on this the ____20th____ day of October, 2016.

**CMRRR 9214 7969 0099 9790 1610 7780 37**
J. Martin Futrell
Eberstein & Witherite, LLP
10440 N. Central Expressway
Suite 400
Dallas, Texas 75213

/s/ D. Randall Montgomery

**D. RANDALL MONTGOMERY**

## Case Information

DC-16-11836 | JEREMIE HART vs. DAVID SPENCE, et al

Case Number            Court                        File Date
DC-16-11836            101st District Court          09/14/2016
Case Type              Case Status
MOTOR VEHICLE ACCIDENT  OPEN

## Party

PLAINTIFF                          Active Attorneys ▾
HART, JEREMIE                      Lead Attorney
                                   FUTRELL, J MARTIN
Address                            Retained
C/O 10440 N. CENTRAL EXPRESSWAY
SUITE 400                          Work Phone
DALLAS TX 75231                    214-420-1127

                                   Fax Phone
                                   214-378-6670


DEFENDANT
SPENCE, DAVID

Address
7244 W. CELESTE AVE.
FRESNO CA 93723

DEFENDANT
XPO LOGISTICS TRUCKLOAD INC

   Aliases
   *DBA* CON-WAY TRUCKLOAD
Address
C/O CORPORATION SERVICE COMPANY CORPORATION SERVICE COMPANY
211 E. 7TH STREET #620
AUSTIN TX 78701

## Events and Hearings

09/14/2016 NEW CASE FILED (OCA) - CIVIL

09/14/2016 ORIGINAL PETITION ▾

20160914 HART JEREMIE PLAINTIFF'S ORIGINAL PETITION.pdf

09/14/2016 CASE FILING COVER SHEET ▾

20160914 HART JEREMIE CIVIL CASE INFORMATION SHEET.pdf

09/14/2016 ISSUE CITATION

09/14/2016 JURY DEMAND ▾

JURY DEMAND

09/16/2016 CITATION ISSUED ▾

DC1611836.pdf

DC1611836-2.pdf

09/16/2016 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
09/29/2016

09/29/2016 RETURN OF SERVICE ▼

XPO TUCKLOAD INC

Comment
XPO LOGISTICS TRUCKLOAD INC

10/20/2016 ORIGINAL ANSWER - GENERAL DENIAL ▼

Hart -- Con-way Original Answer.pdf

10/20/2016 ORIGINAL ANSWER - GENERAL DENIAL ▼

Hart - Spence Original Answer.pdf

10/20/2016 JURY DEMAND ▼

Hart -- Jury Demand.pdf

11/17/2016 DISMISSAL FOR WANT OF PROSECUTION ▼

Ad Hoc Hearing

Judicial Officer
WILLIAMS, STACI

Hearing Time
9:00 AM

## Financial

Case 3:16-cv-02947-G   Document 1-1   Filed 10/20/16   Page 24 of 24   PageID 27

HART, JEREMIE

|  |  |  |  |  |
|---|---|---|---|---|
| | Total Financial Assessment | | | $343.00 |
| | Total Payments and Credits | | | $343.00 |
| 9/15/2016 | Transaction Assessment | | | $343.00 |
| 9/15/2016 | CREDIT CARD - TEXFILE (DC) | Receipt # 58957-2016-DCLK | HART, JEREMIE | ($343.00) |

XPO LOGISTICS TRUCKLOAD INC

|  |  |  |  |  |
|---|---|---|---|---|
| | Total Financial Assessment | | | $40.00 |
| | Total Payments and Credits | | | $40.00 |
| 10/20/2016 | Transaction Assessment | | | $40.00 |
| 10/20/2016 | CREDIT CARD - TEXFILE (DC) | Receipt # 66886-2016-DCLK | XPO LOGISTICS TRUCKLOAD INC | ($40.00) |

## Documents

20160914 HART JEREMIE PLAINTIFF'S ORIGINAL PETITION.pdf

20160914 HART JEREMIE CIVIL CASE INFORMATION SHEET.pdf

JURY DEMAND

DC1611836.pdf

DC1611836-2.pdf

XPO TUCKLOAD INC

Ad Hoc Hearing

Hart -- Con-way Original Answer.pdf

Hart - Spence Original Answer.pdf

Hart -- Jury Demand.pdf